# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Software Freedom Conservancy, v. Best Buy Co., Inc.　　　　Docket No.: 10-5290

Lead Counsel of Record (name/firm) or Pro se Party (name): David Leichtman/Robins, Kaplan, Miller & Ciresi L.L.P.

Appearance for (party/designation): Best Buy Co., Inc.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
　　　Parties: _____
( ) Incorrect. Please change the following parties' designations:
　　　Party　　　　　　　　　　　Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name: David Leichtman
Firm: Robins, Kaplan, Miller & Ciresi L.L.P.
Address: 601 Lexington Avenue, Suite 3400, New York, NY 10022
Telephone: 212-980-7400　　　　Fax: 212-980-7499
Email: dleichtman@rkmc.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on August 6, 2010　　　OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: David Leichtman
　　　OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.