## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: <u>Software Freedom Conservancy v Best Buy Co., Inc.</u>   Docket No.: <u>10-5290</u>

Lead Counsel of Record (name/firm) or Pro se Party (name): <u>Daniel Ravicher</u>

Appearance for (party/designation): <u>Erik Andersen, Software Freedom Conservancy, Inc., Plaintiffs-Counter-Defendants - Appellants,</u>

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✔) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
( ) Incorrect. Please change the following parties' designations:
   Party                         Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

### RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on <u>July 14, 2010</u>    OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: *Daniel B. Ravicher*
Type or Print Name: <u>Daniel Ravicher</u>
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

CAPTION
---

Erik Andersen, Software Freedom Conservancy, Inc.,

    Plaintiffs-Counter-Defendants - Appellants,

v.

Best Buy Co., Inc.,

    Defendant-Counter-Claimant,

Samsung Electronics America, Inc., Westinghouse Digital Electronics, LLC, JVC Americas Corporation, Western Digital Technologies, Inc., Robert Bosch LLC, Phoebe Micro, Inc., Humax USA Inc., Comtred Corporation, Dobbs-Stanford Corporation, Versa Technology Inc., ZYXEL Communications Inc., Astak Inc., GCI Technologies Corporation, Western Digital Corporation,

    Defendants,

Westinghouse Digital, LLC,

    Respondent,

Credit Managers Association of California,

    Objector – Appellee.