# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Software Freedom Conservancy, Inc., et al. v. Best Buy Co., Inc., et al. | **DISTRICT**<br>SDNY | **DOCKET NUMBER**<br>09-cv-10155(SAS) |
| | **JUDGE**<br>Hon. Shira A. Scheindlin | **APPELLANT**<br>Software Freedom Conservancy, Inc., et al., Plaintiffs |
| | **COURT REPORTER**<br>N/A | **COUNSEL FOR APPELLANT**<br>Daniel B. Ravicher |

**Check the applicable provision:**

☐ I am ordering a transcript.

✓ I am not ordering a transcript

**Reason for not ordering a transcript:**

☐ Copy is already available

✓ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**   ☐ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE | DATE<br>January 12, 2011 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTED** | | **DATE** |