CERTIFICATE OF SERVICE

The undersigned hereby certifies that the ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, FORM C and FORM D filed with the Court of Appeals for the Second Circuit via ECF today were also served by first class mail upon:

Robert L. Weigel
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000

*Attorneys for Credit Managers Association of California*

Dated: January 12, 2011        _____
                                             Daniel B. Ravicher