**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 18, 2011
Docket #: 10-5290 cv
Short Title: Software Freedom Conservancy, v. Best Buy Co., Inc.

DC Docket #: 09-cv-10155
DC Court: SDNY (NEW YORK CITY)
DC Judge: Scheindlin
Gorenstein

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed. Please direct all inquiries regarding this case to the undersigned individual named below.

Deborah Holmes, Deputy Clerk
Telephone Number: 212-857-8573