Case 10-5290, Document 19, 01/21/2011, 191599, Page1 of 2

# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Software Freedom Conservancy v. Best Buy Co., Inc.  Docket No.: 10-5290

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Leslie Dubeck

Firm: Jones Day

Address: 222 E. 41st Street, New York, NY 10017

Telephone: 212-326-3670    Fax: 212-755-7306

E-mail: lbdubeck@jonesday.com

Appearance for: Western Digital Technologies, Inc., Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Lynn Michelle Marvin/Jones Day )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Leslie Dubeck

Type or Print Name: Leslie B. Dubeck

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the below date, she did cause a true and correct copy of the foregoing NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL to be served via electronic mail upon all counsel of record.

Dated: New York, New York
January 21, 2011

/s/ Leslie B. Dubeck
Leslie B. Dubeck