

Software Freedom
Law Center

DANIEL B. RAVICHER
LEGAL DIRECTOR
212-461-1902
ravicher@softwarefreedom.org

1995 Broadway, 17th Floor
New York, NY 10023-5882
tel +1-212-580-0800
fax +1-212-580-0898
www.softwarefreedom.org

January 26, 2011

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  **Re:**  **Scheduling Request for**
     *Software Freedom Conservancy, Inc. v. Best Buy Co., Inc.*, **No. 10-5290**

Dear Ms. Wolfe:

  On behalf of Appellants Software Freedom Conservancy, et al., in the above-referenced matter, I write pursuant to Rule 31.2(a)(1)(A) of the Local Rules of the United States Court of Appeals for the Second Circuit to request April 13, 2011 as the deadline for filing Appellants' brief.

                  Respectfully submitted,

                   Daniel B. Ravicher

cc:  Counsel of record (by ECF)

   Counsel for all parties (by email)

   Robert L. Weigel, Esq., Attorney for Credit Managers Association of California (by mail)