UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 28th day of January, two thousand and eleven,

_____

Erik Andersen, Software Freedom Conservancy, Inc.,

Plaintiffs-Counter-Defendants - Appellants,

v.

Best Buy Co., Inc.,

Defendant-Counter-Claimant - Appellee,

Westinghouse Digital Electronics, LLC, Western Digital Technologies, Inc., Phoebe Micro, Inc., Versa Technology Inc., ZYXEL Communications Inc., Western Digital Corporation,

Defendants - Appellees,

Samsung Electronics America, Inc., JVC Americas Corporation, Robert Bosch LLC, Humax USA Inc., Comtred Corporation, Dobbs-Stanford Corporation, Astak Inc., GCI Technologies Corporation,

Defendants.

_____

**ORDER**
Docket Number: 10-5290

Erik Anderson, and Software Freedom Conservancy, Inc., has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting April 13, 2011 as the brief/joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe, Clerk

Deborah Holmes, Deputy Clerk