UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of February, two thousand and eleven,

_____

Software Freedom Conservancy

v.

Best Buy Co. Inc                                             **ORDER**
                                                             Docket Number: 10-5290

_____

This Court's Civil Appeal Management Program ("CAMP") has scheduled a pre-argument conference in the above-referenced appeal for Tuesday February 22, 2011 at 3:00pm. The conference will be held **IN-PERSON**, at the Woolworth Building, 233 Broadway, New York, 6th Floor (entrance on Barclay St.).

Counsel for all parties are directed to attend with full authority to settle or otherwise approve other appropriate action regarding the case. Counsel are further directed to be fully prepared to discuss the legal merit of each issue on review before this Court and narrow, eliminate, or clarify issues on appeal where appropriate. See Local Rule 33.1.

Upon receipt of this order counsel must confirm, by telephone or e-mail, with each other and staff counsel. (camp_support@ca2.uscourts.gov)

Please call (212) 857-8760 with any questions.


FOR THE COURT
Catherine O'Hagan Wolfe, Clerk

*/s/ Catherine O'Hagan Wolfe*


Lisa J. Greenberg, Staff Counsel