## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Software Freedom Conservancy, Inc. v. Best Buy Co., Inc.                    Docket No.: 10-5290

Lead Counsel of Record (name/firm) or Pro se Party (name): Jennifer L. Conn/Gibson, Dunn & Crutcher LLP

Appearance for (party/designation): Credit Managers Association of California/Objector-Appellee (specially appearing)

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
( ✓ ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
( ) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
( ✓ ) Incorrect. Please change the following parties' designations:

| Party | Correct Designation |
|---|---|
| Credit Managers Ass'n of California | Objector-Appellee |

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
( ✓ ) Incorrect or Incomplete, and should be amended as follows:

Name: Jennifer L. Conn
Firm: Gibson, Dunn & Crutcher LLP
Address: 200 Park Avenue, New York, New York 10166-0193
Telephone: 212-351-4086                    Fax: 212-351-5353
Email: JConn@gibsondunn.com

## RELATED CASES

( ✓ ) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ( ✓ ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
June 18, 2010                    OR that ( ) I applied for admission on _____ or renewal on
_____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: Jennifer L. Conn
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.