CORRECTED CAPTION

# 10-5290

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

ERIK ANDERSEN, SOFTWARE FREEDOM CONSERVANCY, INC.,

*Plaintiffs-Counter-Defendants-Appellants,*

v.

BEST BUY CO., INC.,

*Defendant-Counter-Claimant,*

SAMSUNG ELECTRONICS AMERICA, INC., WESTINGHOUSE DIGITAL ELECTRONICS, LLC, JVC AMERICAS CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., ROBERT BOSCH LLC, PHOEBE MICRO, INC., HUMAX USA INC., COMTRED CORPORATION, DOBBS-STANFORD CORPORATION, VERSA TECHNOLOGY INC., ZYXEL COMMUNICATIONS INC., ASTAK INC., GCI TECHNOLOGIES CORPORATION, WESTERN DIGITAL CORPORATION,

*Defendants,*

WESTINGHOUSE DIGITAL, LLC,

*Respondent,*

CREDIT MANAGERS ASSOCIATION OF CALIFORNIA,

*Objector-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK