# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Jennifer L. Conn
Direct: 212.351.4086
Fax: 212.351.5353
JConn@gibsondunn.com

February 11, 2011

Deborah Holmes
Deputy Clerk
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re:  Software Freedom Conservancy, Inc. v. Best Buy Co., Inc., 10-5290

Dear Ms. Holmes:

Enclosed please find an Acknowledgement and Notice of Appearance Form for Credit Managers Association of California ("CMA") to specially appear in the above-captioned appeal as an Objector-Appellee. In making this special appearance, CMA does not intend to waive any of its objections to personal jurisdiction or to Plaintiffs-Appellants' motion to join CMA as a party to the case from which this appeal arises, Software Freedom Conservancy, Inc. v. Best Buy Co., Inc., 09 Civ. 10155, currently pending in the United States District Court for the Southern District of New York. CMA maintains that it is not subject to personal jurisdiction in New York courts and expressly preserved this objection below.

Please feel free to contact me with any questions. Thank you for your assistance.

Sincerely,

Jennifer L. Conn

JLC/jlc
Enclosure(s)