## CERTIFICATE OF SERVICE

I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 11th day of February 2011, I served true and correct copies of the foregoing Acknowledgment and Notice of Appearance of Jennifer L. Conn and Motion to Dismiss the Appeal, via United States First Class Mail, postage prepaid, upon all counsel listed on the appellate docket for <u>Software Freedom Conservancy v. Best Buy Co., Inc., Docket No. 10-5290</u> and listed below.

Daniel Ravicher
Benjamin N. Cardozo School of Law
55 5th Avenue
Suite 928
New York, NY 10003

*Attorneys for Plaintiffs-Counter-Defendants –*
*Appellants Erik Andersen and Software*
*Freedom Conservancy, Inc.*


Aaron Kyle Williamson
Software Freedom Law Center, Inc
1995 Broadway, 17th Fl.
New York, NY 10023

*Attorneys for Plaintiff-Counter-Defendant –*
*Appellant Software Freedom Conservancy,*
*Inc. (As listed on the District Court docket)*


David L. Leichtman
Robins, Kaplan, Miller & Ciresi LLP
601 Lexington Avenue
Suite 3400
New York, NY 10022

*Attorneys for Defendant-Counter-*
*Claimant Best Buy Co., Inc.*


Barry M. Kazan
Thompson Hine LLP
335 Madison Avenue
12th Floor
New York, NY 10017

*Attorneys for Defendant Westinghouse Digital*
*Electronics, LLC*

Andrew Mitchell Kaver
Law Office of Andrew Kaver
32 Broadway
Suite 1710
New York, NY 10004

*Attorneys for Defendant Phoebe Micro, Inc.*

Philippe Zimmerman
Moses & Singer, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

*Attorneys for Defendant Versa Technology Inc.*

Emily Bab Kirsch
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

*Attorneys for Defendant ZYXEL Communications Inc.*

Lynn Michelle Marvin
Leslie B. Dubeck
Jones Day
222 East 41st Street
New York, NY 10017

*Attorneys for Defendants Western Digital Technologies, Inc. and Western Digital Corporation*

Angel S. Arias