# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 10-5290

**Caption [use short title]**

**Motion for:** Dismissal

Software Freedom Conservancy, Inc. v. Best Buy Co., Inc.

**Set forth below precise, complete statement of relief sought:**

Credit Managers Association of California, Objector-Appellee, moves to dismiss the appeal for lack of appellate jurisdiction.

**MOVING PARTY:** Credit Managers Association of California
- ☐ Plaintiff
- ☐ Defendant
- ☐ Appellant/Petitioner
- ☒ Appellee/Respondent

**OPPOSING PARTY:** Software Freedom Conservancy et al.

**MOVING ATTORNEY:** Jennifer L. Conn

**OPPOSING ATTORNEY:** Daniel Ravicher

[name of attorney, with firm, address, phone number and e-mail]

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue | New York, NY 10166-0193
212.351.4000 (phone)
JConn@gibsondunn.com

Benjamin N. Cardozo School of Law
55 Fifth Avenue, Suite 928 | New York, NY 10003
212.461.1902 (phone)
ravicher@yu.edu

**Court-Judge/Agency appealed from:** United States District Court for the Southern District of New York (Scheindlin, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☒ No  If yes, enter date:

**Signature of Moving Attorney:** [signature]  **Date:** 2/11/11    Has service been effected? ☒ Yes ☐ No [Attach proof of service]

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____

Form T-1080