# EXHIBIT 2

| 10/14/2010 | | CASHIERS OFFICE REMARK on 150 Order Admitting Attorney Pro Hac Vice in the amount of $25.00, paid on 09/27/2010, Receipt Number 916265. (jd) (Entered: 10/14/2010) |
|---|---|---|
| 11/17/2010 | 158 | REVISED SCHEDULING ORDER: Initial expert reports due April 11, 2011. Rebuttal expert reports due May 11, 2011. Each expert's deposition will completed by June 15, 2011. Fact discovery is to be completed by February 18, 2011. Expert discovery is to be completed June 15, 2011. ENDORSEMENT: No further extensions will granted. (Signed by Judge Shira A. Scheindlin on 11/16/2010) (jpo) (Entered: 11/17/2010) |
| 11/29/2010 | 159 | OPINION AND ORDER: #99698 For the foregoing reasons, Plaintiffs' motion to join respondents is denied as to CMA. Plaintiffs' motion to join WD is denied, without prejudice, subject to Plaintiffs' decision to refile following an evidentiary hearing on the issues of whether the asset sale amounted to a merger between WDE and WD and whether WD substantially continued WDE's business. A hearing is scheduled for February 2, 2011 at 4:30 P.M. The Clerk of the Court is directed to close this motion (Docket No. 133). (Signed by Judge Shira A. Scheindlin on 11/29/2010) (jfe) Modified on 11/30/2010 (jfe). Modified on 12/3/2010 (ajc). (Entered: 11/29/2010) |
| 11/29/2010 | | Set/Reset Hearings: Status Conference set for 2/2/2011 at 04:30 PM before Judge Shira A. Scheindlin. (jfe) (Entered: 11/29/2010) |
| 12/13/2010 | 160 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed without prejudice and without costs against the defendant(s) JVC Americas Corporation. (Signed by Judge Shira A. Scheindlin on 12/13/10) (laq) (Entered: 12/13/2010) |
| 12/29/2010 | 161 | NOTICE OF APPEAL from 159 Memorandum & Opinion. Document filed by Erik Andersen, Software Freedom Conservancy, Inc. Filing fee $ 455.00, receipt number E 924625. (tp) (Entered: 12/29/2010) |
| 12/29/2010 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 161 Notice of Appeal. (tp) (Entered: 12/29/2010) |
| 12/29/2010 | | Transmission of Notice of Appeal to the District Judge re: 161 Notice of Appeal. (tp) (Entered: 12/29/2010) |
| 12/29/2010 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 112 MOTION for Default Judgment as to *Westinghouse Digital Electronics,* |