NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Software Freedom Conservancy, Inc. v. Best Buy Co., Inc.     Docket No.: 10-5290

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Samuel A. Newman

Firm: Gibson, Dunn & Crutcher LLP

Address: 333 South Grand Avenue | Los Angeles, CA 90071

Telephone: 213.229.7000     Fax: 213.229.7520

E-mail: SNewman@gibsondunn.com

Appearance for: Credit Managers Association of California/Objector-Appellee
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jennifer L. Conn/Gibson, Dunn & Crutcher LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 15, 2011     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Samuel A. Newman

Type or Print Name: Samuel A. Newman