**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DENNIS JACOBS**

CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**

CLERK OF COURT

Date: February 23, 2011
Docket #: 10-5290 cv
Short Title: Software Freedom Conservancy, v. Best Buy
Co., Inc.

DC Docket #: 09-cv-10155
DC Court: SDNY (NEW YORK CITY)
DC Judge: Scheindlin
Gorenstein

## NOTICE OF DEFECTIVE FILING

On 02/23/2011 the LOCAL RULE 42.1 STIPULATION, Without Prejudice to Reinstatement
was submitted in the above referenced case. The document does not comply with the FRAP or
the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
      _____ Missing proof of service
      _____ Served to an incorrect address
      _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2)*
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
      _____ Incorrect caption *(FRAP 32)*
      _____ Wrong color cover *(FRAP 32)*
      _____ Docket number font too small *(Local Rule 32.1)*
      _____ Incorrect pagination *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 32)*

_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
____X__ Other: _____Missing signatures_____


      Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than 02/25/2011. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

      Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal. Inquiries regarding this case may be directed to .