# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of February, two thousand and eleven,

Software Freedom Conservancy

v.

Best Buy Co., Inc.

**STIPULATION**
Docket Number: 10-5290

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by 05/31/11. The time tolled under LR 31.2 if any, begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Date:	s/ Daniel B. Ravicher
	Attorney for Appellant

	Daniel B. Ravicher, Software Freedom Law Center
	Print Name and Firm

Date:	s/ Samuel A. Newman
	Attorney for Appellee

	Samuel A. Newman, Gibson Dunn
	Print Name and Firm