# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

      At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of February, two thousand and eleven,

_____

| | |
|---|---|
| Erik Andersen, Software Freedom Conservancy, Inc., | **ORDER** |
| Plaintiffs-Counter-Defendants - Appellants, | Docket Number: 10-5290 |
| v. | |
| Best Buy Co., Inc., | |
| Defendant-Counter-Claimant - Appellee, | |
| Westinghouse Digital Electronics, LLC, Western Digital Technologies, Inc., Phoebe Micro, Inc., Versa Technology Inc., ZYXEL Communications Inc., Western Digital Corporation, | |
| Defendants - Appellees, | |
| Credit Managers Association of California, | |
| Objector - Appellee, | |
| Samsung Electronics America, Inc., JVC Americas Corporation, Robert Bosch LLC, Humax USA Inc., Comtred Corporation, Dobbs-Stanford Corporation, Astak Inc., GCI Technologies Corporation, | |
| Defendants. | |

_____

      The parties in the above-referenced case have filed a stipulation withdrawing this appeal

pursuant to Local Rule 42.1. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

    The stipulations are hereby "So Ordered".

    For The Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

