# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of March, two thousand and eleven,

_____

Erik Andersen, Software Freedom Conservancy, Inc.,

Plaintiffs-Counter-Defendants - Appellants,

v.

Best Buy Co., Inc.,

Defendant-Counter-Claimant - Appellee,

Westinghouse Digital Electronics, LLC, Western Digital Technologies, Inc., Phoebe Micro, Inc., Versa Technology Inc., ZYXEL Communications Inc., Western Digital Corporation,

Defendants - Appellees,

Credit Managers Association of California,

Objector - Appellee,

Samsung Electronics America, Inc., JVC Americas Corporation, Robert Bosch LLC, Humax USA Inc., Comtred Corporation, Dobbs-Stanford Corporation, Astak Inc., GCI Technologies Corporation,

Defendants.

**ORDER**
Docket Number: 10-5290

_____

Appellants' Erik Andersen and Software Freedom Conservancy, Inc., submission of a

motion to extend time does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said motion to extend time is stricken from the docket.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

